**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. |
| | * | |
| | * | |
| | * | |
| | ***** | |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

_____  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

_____  Video Teleconferencing

_____  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   _____  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   _____ Other:

Date:  8/7/2020

United States Magistrate Judge