UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-                                              20 MJ 15370 (ESK)

RENATO GIOE,

                                Defendant.
-------------------------------------------------------------x

### CONSENT ORDER MODIFYING CONDITIONS OF RELEASE

On the application of defendant Renato Gioe, by his attorney Robert Caliendo, Esq., for an order modifying the Aug. 7, 2020 release conditions (ECF No. 6), and the government having consented to this modification through U.S. Attorney Philip A. Sellinger, by Assistant U.S. Attorney Kendall R. Randolph, and with the consent of U.S. Pretrial Services for the District of New Jersey by supervising officer Lura Jenkins, and upon good cause and with the Court having considered the merits of the application;

It is hereby ORDERED on this _____ day of January, 2022, that the order setting release conditions (ECF No. 6), entered by this Court on Aug. 7, 2020, is modified as follows:

1. Defendant Renato Gioe's travel will be restricted to the state of New Jersey, the state of New York, and the state of Florida[1], unless otherwise approved by U.S. Pretrial Services.
2. The condition that defendant "[m]aintain or actively seek employment" is stricken from the order.
3. The other release conditions set forth in the Aug. 7, 2020 order shall remain in effect unless modified by the Court.

                                                               _____
                                                               Hon. Edward S. Kiel
                                                               U.S. Magistrate Judge

---

[1] The defendant recently relocated to Florida.

Form and entry consented to:

PHILIP A. SELLINGER
U.S. ATTORNEY, D.N.J.

By: _/S/ Kendall R. Randolph_____
    A.U.S.A. Kendall R. Randolph

By: _/S/ Robert Caliendo_____
    Robert Caliendo, Esq.
    *Attorney for Renato Gioe*