PS 8
(12/04)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

U.S.A. vs. **Renato Gioe**                                           Docket No. **20-15370**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW LURA JENKINS PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Renato Gioe**, who was placed under pretrial release supervision by the **HONORABLE EDWARD S. KIEL** sitting in the Court at **50 Walnut Street, Newark, New Jersey**, on August 7, 2020, under the following conditions:

1. $100,000 Unsecured Appearance Bond.
2. Report to Pretrial Services as directed and advise them immediately of any contact with law enforcement personnel.
3. Travel is restricted to New Jersey and New York, unless approved by Pretrial Services.
4. Surrender all passports and travel documents to Pretrial Services.
5. Substance abuse testing and/or treatment as directed by Pretrial Services.
6. Abstain from the excessive use of alcohol.
7. Maintain current residence or a residence approved by Pretrial Services.
8. Maintain or actively seek employment.
9. Have no contact with the following individuals: victims or witnesses.
10. Report to the United States Marshal Service for processing at a date to be determined.
11. Comply with all orders and required appearances for the matter pending in the municipal court of Edison, New Jersey.

On January 10, 2021, the defendant's condition of maintain or actively seek employment was removed by way of consent order.

      Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing be scheduled.**

ORDER OF COURT

Considered and ordered this  4th  day of  February , 2022 and ordered filed and made a part of the records in the above case.

/s/ Edward S. Kiel
Honorable Edward S. Kiel
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/4/2022

Lura Jenkins
LURA JENKINS
U.S. Pretrial Services Officer